No. 45875.—Protests 826020–G, etc., of J. L. Galef et al. (New York).

Opinion by DALLINGER, J. In accordance with stipulation of counsel and on the authority of *Laszlo* v. *United States* (1 Cust. Ct. 209, C. D. 47) and *Benjamin Air Rifle Co.* v. *United States* (T. D. 48638) the protests were sustained.

MAY 13, 1941

No. 45876.— ——————————————Protest 953820–G (A) of Nichols Copper Co. C. D. 453. Application by Government for rehearing denied.

MAY 14, 1941

No. 45877.— ————————————Protests 23087–K, etc., of L. Greenberg & Son, Inc., et al. Abstract 45579. Application by plaintiffs for rehearing granted.

MAY 16, 1941

No. 45878.— ————————————Protest 12535–K of W. X. Huber Co. Abstract 45766. Application by plaintiff for rehearing denied.

MAY 10, 1941

No. 45879.—Suit 4330.— ————————————*United States* v. *L. Oppleman, Inc.* Abstract 44085 reversed. C. A. D. 158.

MAY 13, 1941

No. 45880.—Suit 4318.— ————————*United States* v. *Railway Express Agency, Inc., Agent for Blue Stock Fur Ranch.* Reap. Dec. 4858 affirmed. C. A. D. 161.

BEFORE THE FIRST DIVISION, MAY 21, 1941

No. 45881.—Protest 976604–G of Castle & Overton, Inc. (New York).

Opinion by BROWN, J. It was stipulated that the merchandise consists of fleshings, cuttings from hides, which were chiefly used for glue stock, and not the source of any items enumerated in section 701, Revenue Act of 1936. The protest was therefore sustained.

No. 45882.—Protests 36135–K, etc., of K. F. Griffiths & Co., Inc. (New York).

Opinion by WALKER, J. On the record presented the claim for duty at the rate of one-fourth or one-tenth of 1 cent per pound under paragraph 206 was sustained as to certain items. *Chrystal* v. *United States* (T. D. 49571) followed.